UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA,<br><br>Defendant.<br>_____<br>ORIOLE DRIVE (LA) LLC,<br><br>Claimant. | No. CV 16-5378-DSF (PLA)<br><br>**<u>FIRST AMENDED CONSENT JUDGMENT OF FORFEITURE</u>**<br><br>[This Amended Consent Judgment is case-dispositive] |

Upon consideration of the First Amended Stipulation for the entry of this First Amended Consent Judgment filed by the Plaintiff United States of America ("United States") and Claimant ORIOLE DRIVE (LA) LLC ("Claimant") (collectively, together with certain non-claimants who have agreed to be bound by this Judgment[1], the

---

[1] The non-claimant parties to the Stipulation seeking entry of this First Amended Consent Judgment are FFP (Cayman) Limited, FFP Trustee (NZ) Limited, and FFP (Directors) Limited, FFP (Corporate Services) Limited (collectively, "FFP"); and
*(footnote cont'd on next page)*

"Parties"), which First Amended Consent Judgment disposes of the entirety of this action, the Court HEREBY finds that FFP has petitioned the foreign courts in the relevant trust jurisdictions – New Zealand and/or Cayman Islands – for an order known as a "blessing order"; such blessing order has been obtained; and that blessing order authorizes FFP to forfeit or otherwise distribute the Defendant property or sales proceeds of such property to the United States in accordance with the orders of this Court; nothing precludes the Court from entering this First Amended Consent Judgment; and there is good cause for entering the First Amended Consent Judgment;

WHEREFORE, the Court HEREBY ORDERS, ADJUDGES AND DECREES that the Consent Judgment (Dkt. No. 141), incorporated herein by reference, is hereby amended as follows:

1. All right, title, and interest in and to the Defendant Real Property more particularly described as:

> Parcel A of Parcel Map L.A. No. 3042, in the City of Los Angeles, County of Los Angeles, State of California, as per map filed in Book 69, Page 54 of Parcel Maps, in the office of the County Recorder of said County.
>
> APN: 5560-006-015
>
> ADDRESS: 423 Oriole Drive, Los Angeles, CA 90069

(hereinafter the "ORIOLE Property") is hereby forfeited to and title is vested in the United States; judgment is entered in favor of the United States; and any and all right, title, or interest in or to the ORIOLE Property, or claims or potential claims to the ORIOLE Property including those of ORIOLE DRIVE (LA) LLC, "FFP" and the "Low Family" are hereby released from the ORIOLE Property.

2. This Judgment shall serve as the Order transferring title to the ORIOLE Property from the titled owner ORIOLE DRIVE (LA) LLC to the United States.

---

beneficiaries Low Hock Peng, Goh Gaik Ewe, Low May Lin, Low Taek Szen, and Low Taek Jho (collectively, the "Low Family"). (Dkt. 139)

2

3. The United States shall dispose of the ORIOLE Property in accordance with law.

4. The Amended Order for Interlocutory Sale of the ORIOLE Property (Dkt. No. 136) is hereby vacated, with the exception of the following:

   a. The existing Listing Agreement dated December 4, 2019 to sell the ORIOLE Property entered into by Colliers International Greater Los Angeles, Inc. with Douglas Elliman of California, Inc. (ERNIE CARSWELL, Broker) shall remain in effect through February 29, 2020;

   b. Although there is no existing sale contract for the ORIOLE Property, if negotiations are taking place for the sale of the ORIOLE Property to a prospective purchaser prior to February 29, 2020, then the existing Listing Agreement shall be extended until the sale with that purchaser closes or it appears that the contract has fallen out of escrow or will not close;

   c. The sale proceeds of the ORIOLE Property, except the "net proceeds", shall be determined and distributed in accordance with Paragraph 8 of the Amended Interlocutory Sale Order, (Dkt. No. 136), incorporated herein by reference, including the payment by Claimant of the "Claimant Property Taxes" and "Claimant Costs and Expenses" as defined in Paragraph 8; and

   d. The "net proceeds" as that term is defined in Paragraph 8(e) shall be disposed of by the USMS in accordance with the law.

5. The terms of this First Amended Consent Judgment shall control in the event of any alleged conflict with any prior Stipulation or Order filed or entered in this action, including, without limitation, the Amended Interlocutory Sale Order (Dkt. 136), the Stipulation to Enter Consent Judgment (Dkt. 139) and the Consent Judgment of Forfeiture (Dkt. 141).

//
//

6. All other terms of the Consent Judgment (Dkt. No. 141) remain unchanged.

7. The Court shall retain jurisdiction to enforce the terms of this order.

IT IS SO ORDERED.

DATED: February 28, 2020

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DEBORAH CONNOR
Chief, MLARS
NICOLA T. HANNA
United States Attorney
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

*/s/ Michael R. Sew Hoy*
MICHAEL R. SEW HOY
JOHN J. KUCERA
Assistant United States Attorneys
WOO S. LEE
Deputy Chief, MLARS
Attorneys for Plaintiff
UNITED STATES OF AMERICA